**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____Southern_____ District of __New York__
(State)

Case number *(if known)*: _____ Chapter __11__

❑ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Solstice Marketing Concepts LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   5  1  –  0  4  1  4  5  7  9

4. **Debtor's address**

| Principal place of business | | Mailing address, if different from principal place of business |
|---|---|---|
| | | c/o KCP Advisory Group LLC |
| 665        5th Avenue | | 700 Technology Park Drive, Suite 212 |
| Number    Street | | Number      Street |
| 8th Floor | | |
| | | P.O. Box |
| New York        NY    10022 | | Billerica          MA      01821 |
| City        State    ZIP Code | | City          State    ZIP Code |
| | | **Location of principal assets, if different from principal place of business** |
| New York | | |
| County | | Number      Street |
| | | |
| | | City          State    ZIP Code |

5. **Debtor's website (URL)**

   https://solsticesunglasses.com/

Debtor   <u>Solstice Marketing Concepts LLC</u>                                    Case number *(if known)*_____
         <sub>Name</sub>

| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding  LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>4</u>   <u>5</u>   <u>3</u>   <u>9</u>

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11.   *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| Debtor | Solstice Marketing Concepts LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                        MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                        Number          Street

_____

_____
City                                        State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

---

| Debtor | Solstice Marketing Concepts LLC | Case number (if known)_____ |
|---|---|---|
| | Name | |

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☒ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/17/2021
              MM / DD / YYYY

✖ /s/      Jacen A. Dinoff                              Jacen A. Dinoff
Signature of authorized representative of debtor        Printed name

Title   Chief Restructuring Officer

---

| Debtor | Solstice Marketing Concepts LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖    __/s/    Craig A. Wolfe__          Date    __02/17/2021__
Signature of attorney for debtor                    MM  / DD  / YYYY

Craig A. Wolfe
Printed name

Morgan, Lewis & Bockius LLP
Firm name

101        Park Avenue
Number        Street

New York                    NY        10178-0060
City                        State      ZIP Code

212-309-6204                    craig.wolfe@morganlewis.com
Contact phone                    Email address

4412334                        NY
Bar number                    State

**SOLSTICE MARKETING CONCEPTS LLC**

**WRITTEN CONSENT OF SOLE MEMBER AND MANAGER**

**February 17, 2021**

THE UNDERSIGNED, constituting the sole member and the sole manager (the "Manager") of Solstice Marketing Concepts LLC, a Delaware limited liability company (the "Company"), in accordance with the authority contained in the Delaware Limited Liability Company Act (the "Act") and the Amended and Restated Operating Agreement of Solstice Marketing Concepts LLC, effective as of July 2, 2019 (the "Operating Agreement") does hereby consent in writing that the following resolutions having the same force and effect as if duly adopted at a meeting of the Manager, duly noticed, called and held in accordance with the Act and the Operating Agreement.

WHEREAS, the Manager, acting pursuant to the laws of the State of Delaware, has considered the financial and operational aspects of the Company's business;

WHEREAS, the Manager has reviewed the historical performance of the Company, the market for the Company's business, and the current and long-term liabilities of the Company;

WHEREAS, the Manager has, over the last several months, reviewed the materials presented to it by the management of and the advisors to the Company regarding the possible need to undertake a financial and operational restructuring and reorganization of the Company;

WHEREAS, the Manager has analyzed each of the financial and strategic alternatives available to it, including those available on a consensual basis with the principal stakeholders of the Company, and the impact of the foregoing on the Company's business and its stakeholders;

WHEREAS, in light of the Company's financial condition, the Company will file a voluntary petition (the "Petition") under Subchapter V (11 U.S.C. §§ 1181-1195) ("Subchapter V") of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. § 101 et seq. (the "Bankruptcy Code") for relief (the "Chapter 11 Case" and the "Filing") in the United States Bankruptcy Court for the Southern District of New York (Manhattan) (the "Bankruptcy Court");

WHEREAS, subject to Bankruptcy Court approval, the Company will enter first a binding term sheet for, and then a senior secured asset-based credit agreement with Second Avenue Capital Partners LLC ("Second Avenue"), as administrative agent and collateral agent, with the Company, as borrower, for a senior secured asset-based credit facility (the "DIP ABL Credit Facility") in an aggregate principal amount of up to the lesser of (i) $6,500,000 (subject to borrowing-based availability) consisting entirely of revolving commitments and the loans outstanding thereunder from time to time, and (ii) the amount actually lent under an interim or a final order of the Bankruptcy Court approving such financing, whichever is then in effect, (the "DIP Financing");

WHEREAS, in connection with the Chapter 11 Case, the Company will also file a Subchapter V Chapter 11 plan of reorganization (the "Plan") that, subject to the Plan becoming effective, contemplates the rationalization of the Company's retail store leases, executory contracts, and other debt obligations for the purposes of reorganizing the Company's balance sheet in a manner that preserves as many jobs as practicable, is fair and equitable to creditors under the circumstances and consistent with Subchapter V, and permits the Company to emerge from bankruptcy in 2021 as a going concern; and

WHEREAS, the Manager has had the opportunity to review the Petition, the related "first day" motions and applications and other pleadings that the Company anticipates filings with the Petition, and the term sheet for the DIP Financing.

## A. Voluntary Petition under Chapter 11 of the Bankruptcy Code

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the Company, its creditors, employees, equityholder and other interested parties that the Petition be filed by the Company seeking relief under Subchapter V of Chapter 11 of the Bankruptcy Code in the Bankruptcy Court;

FURTHER RESOLVED, that in the judgment of the Manager, it is desirable and in the best interests of the Company and all other parties in interest to affirm the previous appointment of Jacen Dinoff as Chief Restructuring Officer ("CRO") of the Company and to ratify and approve all actions taken previously by him in that capacity;

FURTHER RESOLVED, that the CRO and any officers of the Company (collectively, the "Authorized Officers") are authorized on behalf of the Company to execute, verify and file all petitions, schedules, lists, and other papers, plan(s) of reorganization, DIP Financing and exit financing documents, and other documents in connection with the Chapter 11 Case (the "Bankruptcy Documents") and to take and perform any and all further actions and steps that any such Authorized Officers deem necessary, desirable and proper in connection with the Company's commencement and prosecution of the Chapter 11 Case, with a view to the successful resolution of such case and consummation of the DIP Financing;

FURTHER RESOLVED, the Company be, and it hereby is, authorized and directed to perform its obligations under the Chapter 11 Case and to take all actions in accordance therewith necessary to consummate the Filing;

FURTHER RESOLVED, the Manager hereby determines that the Bankruptcy Documents and the DIP Financing are advisable and in the best interests of the Company;

FURTHER RESOLVED, that the forms, terms and provisions of the Bankruptcy Documents and the schedules and exhibits attached thereto are, and each hereby is, approved with such changes and modifications thereto as may be deemed necessary or appropriate by the Authorized Officers, as conclusively evidenced by such officer's execution and delivery thereof; and

FURTHER RESOLVED, the Company be, and it hereby is, authorized, empowered and directed to perform its obligations under the Bankruptcy Documents and to take all actions in accordance therewith necessary to consummate the DIP Financing and other reorganization and bankruptcy-related transactions.

## B. Retention of Professionals

FURTHER RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the law firm of Morgan, Lewis & Bockius LLP ("Morgan Lewis") as bankruptcy counsel to represent and assist the Company in carrying out its duties under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights in connection therewith, and the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the Filing, and to cause to be filed an appropriate application for authority to retain the services of Morgan Lewis;

2

FURTHER RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of Retail Consulting Services, Inc. ("RCS") as the Company's real estate consultant and advisor, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the Filing, and to cause to be filed an appropriate application for authority to retain the services of RCS;

FURTHER RESOLVED, that the Authorized Officers, on behalf of the Company, are authorized, empowered and directed to retain the services of KCP Advisory Group LLC ("KCP") as financial consultants and advisors assisting the CRO in exercising his responsibilities with respect to the Company, effective as of the date the petition is filed, and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the Filing, and to cause to be filed an appropriate application for authority to retain the services of KCP; and

FURTHER RESOLVED, that the Authorized Officers of the Company be, and hereby are, authorized and directed to employ any other professionals necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior or immediately upon the Filing and cause to be filed appropriate applications with the Bankruptcy Court for authority to retain the services of any other professionals, as necessary, and on such terms as are deemed necessary, desirable and proper.

### C. Approval of DIP Financing

FURTHER RESOLVED, the Manager hereby determines that the DIP Financing and its related transactions and documentation are advisable and in the best interests of the Company;

FURTHER RESOLVED, that the form, terms and provisions of the term sheet for the DIP Financing and the attachments thereto are, and each hereby is, approved with such changes and modifications thereto as may be deemed necessary or appropriate by the Authorized Officers, as conclusively evidenced by such officer's execution and delivery thereof; and

FURTHER RESOLVED, the Company be, and it hereby is, authorized, empowered and directed to perform its obligations under the Purchase Agreement and to take all actions in accordance therewith necessary to consummate the DIP Financing.

### D. General Authority

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized on behalf of the Company to take any and all actions and steps deemed by any such Authorized Officer to be necessary or desirable to the develop, file and prosecute to confirmation of a Subchapter V Chapter 11 plan of reorganization and related disclosure statement;

FURTHER RESOLVED, that all such other acts or things which would cause the transactions contemplated by these resolutions to be consummated and performed be, and hereby are, authorized, approved and adopted;

3

FURTHER RESOLVED, that any actions taken by the Manager prior to the date of these resolutions that are within the authority conferred hereby are ratified, confirmed and approved as the act and deed of the Company;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to cause the transactions contemplated by these resolutions to be consummated and performed in the manner provided therein and from time to time to do, or cause to be done, all such other acts or things, and to execute and deliver all such agreements, instruments, certificates and other documents, and to affix and attest thereto, or cause to be done affixed and attested thereto, the corporate seal of the Company as any Authorized Officer shall deem in its sole discretion desirable to carry out the purposes and intents of any of the foregoing resolutions; and

FURTHER RESOLVED, that the signing by any officer of the Company of any of the documents or instruments referred to in or contemplated by the foregoing resolutions or the taking by it of any actions to carry out the foregoing shall conclusively establish (i) such officer's authority to do so from the Company, (ii) such officer's determination of the propriety and the necessity, appropriateness or advisability of such documents or instruments and the actions contemplated thereby, and (iii) the approval and ratification by the Company of the documents and instruments so signed and the actions referred to therein or contemplated thereby.

[SIGNATURE PAGE FOLLOWS]

4

IN WITNESS WHEREOF, each of the undersigned has caused this *Written Consent of the Sole Member and Manager* to be duly executed as of the date set forth above.

February 17, 2021

**FAIRWAY LLC**, a Nevada limited liability company

By: Corette LLC, a Delaware limited liability company, as Manager of Fairway LLC

By: _____

Name:  Nathan Rosenberg, as Manager of Corette LLC

*[Signature Page to the Written Consent of Sole Member
and Manager of Solstice Marketing Concepts LLC]*

Craig A. Wolfe
Jason R. Alderson
T. Charlie Liu
David K. Shim
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001
craig.wolfe@morganlewis.com
jason.alderson@morganlewis.com
charlie.liu@morganlewis.com
david.shim@morganlewis.com

*Proposed Counsel for Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>SOLSTICE MARKETING CONCEPTS LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-_____(___) |

## CORPORATE OWNERSHIP STATEMENT
## PURSUANT TO FED. R. BANKR. P. 1007 AND 7007.1

Pursuant to Rules 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy

Procedure, attached hereto as **Exhibit A** is an organizational chart reflecting all of the ownership

interests in Solstice Marketing Concepts LLC (the "Debtor"), as debtor and debtor in possession,

in the above-referenced chapter 11 case.  The Debtor respectfully represents as follows:

1.       Corette LLC, a Delaware limited liability company, directly owns 100% of the

equity or membership interests, as applicable, in Fairway LLC ("Fairway").

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: Solstice
Marketing Concepts LLC (4579).

2.      Fairway, a Nevada limited liability company, directly owns 100% of the equity or membership interests, as applicable, in the Debtor.

[*Remainder of page intentionally left blank*]

# **EXHIBIT A**

## **Organizational Chart**

**CORETTE LLC**

a Delaware limited liability company.

Members: (1) Claudio Luca Dotta (50%); and Nathan Rosenberg (50%).

Purpose: Holds 100% of the equity in Fairway LLC and no other entities.

**G.S.I. CORP.**

a New York corporation.

Shareholders: (1) Gabriella Rosenberg (55%); (2) Michael Rosenberg (15%); (3) David Rosenberg (15%); and (4) Naomi Rosenberg (15%).

President/Chief Executive Officer: Nathan Rosenberg.

Purpose: Wholesale optical frame and sunglass trader.

Secured Creditor of Solstice Marketing Concepts LLC.



**FAIRWAY LLC**

a Nevada limited liability company.

Sole Member and Manager: Corette LLC (100%).

Purpose: Holds 100% of the equity in Solstice Marketing Concepts LLC and no other entities.



DEBTOR:

**SOLSTICE MARKETING CONCEPTS LLC**

a Delaware limited liability company.

Sole Member and Manager: Fairway LLC (100%).

Chief Restructuring Officer: Jacen Dinoff.

Chief Executive Officer: Michael Rosenberg.

Purpose: Brick and mortar and online sunglasses retailer.

Craig A. Wolfe
Jason R. Alderson
T. Charlie Liu
David K. Shim
**Morgan, Lewis & Bockius LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001
craig.wolfe@morganlewis.com
jason.alderson@morganlewis.com
charlie.liu@morganlewis.com
david.shim@morganlewis.com

*Proposed Counsel for Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SOLSTICE MARKETING CONCEPTS LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-_____(___) |

## <u>LIST OF EQUITY SECURITY HOLDERS</u>

Following is the list of the Debtor's equity security holder(s), which is prepared in accordance with Fed. R. Bankr. P. 1007(a)(3) for filing in this chapter 11 case.

| DEBTOR | NAME AND ADDRESS OF EQUITY HOLDER | PERCENTAGE OF EQUITY HELD |
|---|---|---|
| Solstice Marketing Concepts LLC | Fairway LLC<br>c/o Law Offices of Philip A Kantor PC<br>1781 Village Center Circle, Suite 120<br>Las Vegas, NV 89134-0573 | 100% |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: Solstice Marketing Concepts LLC (4579).

**Fill in this information to identify the case:**

Debtor name __Solstice Marketing Concepts LLC__

United States Bankruptcy Court for the: _____ Southern _____ District of New York
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Macerich P.O. Box 2172 401 Wilshire Blvd., Ste 700 Santa Monica, CA 90401 | Rachel Douglas TysonsCorner_AR@ macerich.com 424-229-3753 | Landlord | | | | $1,395,001 |
| 2 | Safilo USA Inc. 300 Lighting Way Secaucus, NJ 07094 | Yanielle Green yanielle.green@ safilo.com | Merchandise | | | | $594,347 |
| 3 | Brookfield Properties Attn: General Manager 2655 Richmond Ave Staten Island, NY 10314 | Mitchell Monson mitchell.monson@ brookfieldpropertiesretail.com 312-960-2900 | Landlord | | | | $510,241 |
| 4 | 500 Fifth Avenue, Inc. c/o JGS Advisors, LLC Attn: Mr. Joel G. Shapiro 500 Fifth Ave., Ste 1950 New York, NY 10110 | Debbie Garcia debbie.garcia@ cushwake.com 212-391-4210 | Landlord | | | | $498,858 |
| 5 | Westfield LLC Airport Division Management Office 2730 University Blvd., Ste LL6 Wheaton, MD 20902 | Joanne King jking@westfield.com | Landlord | | | | $447,936 |
| 6 | Columbus Centre Retail Attn: David A. Rubenstein, Esq. 60 Columbus Cir., 20th Fl. New York, NY 10023 | Brian McEvoy brian.mcevoy@related.com 212-801-7424 | Landlord | | | | $437,407 |
| 7 | Waller Realty Inc. 233 Broadway, 18th Fl. New York, NY 10279 | Phillip Duchatellier pducha@aol.com 631-864-6260 | Landlord | | | | $328,104 |
| 8 | Turnberry Associates c/o Turnberry Aventura Mall Co., Ltd. 19501 Biscayne Blvd., Ste 400 Aventura, FL 33180 | Robert Mendola rmendola@turnberry.com 305-914-8216 | Landlord | | | | $230,753 |

Debtor    Solstice Marketing Concepts LLC

Name

Case number *(if known)*_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | MADALUXE 1760 Apollo Court Seal Beach, CA 90740 | Cynthia Valdez cynthia.valdez@ madaluxe.com 562-296-1055 | Merchandise | | | | $214,787 |
| 10 | QUAY EYEWARE INC. 821 Howard St. San Francisco, CA 94103 | Gerry Paulino gerry.paulino@ quayaustralia.com 628-239-1279 | Merchandise | | | | $195,933 |
| 11 | CENTURYLINK 1801 California St., 25th Fl. Phoenix, AZ 85072-2124 | Lisa Towle & Darren Jones lisa.towle@rdssolutions.com; darren.jones@rdssolutions.com 908-617-4705 | Other Trade Debt | | | | $178,166 |
| 12 | MAUI JIM P.O. BOX 203861 Dallas, TX 75320-3861 | John Gramig jgramig@mauijim.com 503-860-3006 | Merchandise | | | | $167,109 |
| 13 | JLL c/o Maui Lahaina Partners, LLC 3660 Waialae Ave., Ste 304 Honolulu, HI 96816 | Ben Davinroy ben.davinroy@am.jll.com 618-624-4241 | Landlord | | | | $157,424 |
| 14 | BMW Realty Advisors Attn: President & CEO, Retail 3344 Peachtree Rd., Ste 1200 Atlanta, GA 30326 | Leslie Mills admin@ paseonuevoshopping.com 805-963-7147 | Landlord | | | | $150,690 |
| 15 | KERING EYEWEAR USA INC 200 Somerset Corp Blvd. Ste 4002 Bridgewater, NJ 08807 | My Nguyen & Daisy Villacis my.nguyen-ho@kering.com; daisy.villacis@kering.com 908-947-2614 | Merchandise | | | | $132,372 |
| 16 | CONDUCTOR INC 2 Park Ave., 15th Fl. New York, NY 10016 | Thomas E. Conway tconway@conductor.com | Other Trade Debt | | | | $113,411 |
| 17 | The Pyramid Companies General Counsel The Clinton Exchange 4 Clinton Square Syracuse, NY 13202 | Allyson Legnett AllysonLegnetto @pyramidmg.com 315-422-7000 | Landlord | | | | $107,368 |
| 18 | Institutional Mall Investors General Manager c/o Miracle Mile Shops Management Offices 3663 Las Vegas Blvd South, Ste 900 Las Vegas, NV 89115 | Cindy DiMino cdimino@mms-lv.com 702-701-7805 | Landlord | | | | $100,722 |
| 19 | B ROBINSON LLC 330 Murray Hill Pkwy East Rutherford, NJ 07073 | Cliff Robinson ar@brobinson.com 212-683-0348 x120 | Merchandise | | | | $96,071 |
| 20 | The Taubman Company Taubman Benderson UTC LLC P.O. Box 674647 Detroit, MI 48267 | Janice Sanders jsanders@taubman.com 248-258-7562 | Landlord | | | | $85,505 |

| Fill in this information to identify the case and this filing: |
| --- |
| Debtor Name __Solstice Marketing Concepts LLC__ |
| United States Bankruptcy Court for the: _____Southern_____ District of __New York__ <br> (State) |
| Case number (*If known*): _____ |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration   Corporate Ownership Statement Pursuant to Fed. R. Bankr. P. 1007 and 7007.1; List of Equity Security Holders; see also attached Declaration of Jacen A. Dinoff in Support of Chapter 11 Petition

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____02/17/2021_____    ✖ __/s/____Jacen A. Dinoff_____
   MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                    __Jacen A. Dinoff_____
                    Printed name

                    __Chief Restructuring Officer_____
                    Position or relationship to debtor

Craig A. Wolfe
Jason R. Alderson
T. Charlie Liu
David K. Shim
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001
craig.wolfe@morganlewis.com
jason.alderson@morganlewis.com
charlie.liu@morganlewis.com
david.shim@morganlewis.com

*Proposed Counsel for Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SOLSTICE MARKETING CONCEPTS LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-_____(___) |

**DECLARATION OF JACEN A. DINOFF IN SUPPORT OF CHAPTER 11 PETITION**

 I, Jacen A. Dinoff, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

 1. I hereby submit this declaration (the "Declaration"), made in my capacity as the Chief Restructuring Officer of Solstice Marketing Concepts LLC (the "Debtor").

 2. On February 17, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under subchapter V of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") (the "Chapter 11 Petition").

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: Solstice Marketing Concepts LLC (4579).

3.      Pursuant to section 1116 of the Bankruptcy Code, a small business debtor proceeding under Subchapter V of chapter 11 of the Bankruptcy Code needs to file copies of the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or state under penalty of perjury if any of these documents do not exist.

4.      As to the Debtor's federal income tax return, the Debtor files a tax return that is consolidated with certain non-debtor entities.  Therefore, for privacy reasons, the tax return is not being attached to the Chapter 11 Petition.  The tax return will be made available to the Office of the United States Trustee, the Subchapter V Trustee, and the Court, and, upon request, other appropriate parties in interest subject to an order of the Court or other non-disclosure parameters.

5.      As to the Debtor's balance sheet and cash-flow statement, those documents will be included as an exhibit to the *Declaration of Jacen A. Dinoff in Support of the Debtor's Chapter 11 Petition, First Day Motions and Related Pleadings* (the "First Day Declaration"), which will be filed shortly after the Petition Date before the first day hearing in this chapter 11 case.

6.      As to the Debtor's statement of operations, the Debtor will provide appropriate information in the First Day Declaration and the Debtor's schedules and statement of financial affairs, which will also be filed in accordance with the applicable rules.

7.      I, on behalf of the Debtor, respectfully submits this Declaration in support of the Chapter 11 Petition.


Dated: February 17, 2021
       New York, NY


                                        /s/      Jacen A. Dinoff
                                        Jacen A. Dinoff
                                        *Chief Restructuring Officer*
                                        Solstice Marketing Concepts LLC

# CREDITOR LIST

1-800-GOT-JUNK?
PO Box 123419
Dallas, TX 75312-3419


23rd Group LLC
4944 Parkway Plaza Blvd
Ste 400
Charlotte, NC 28217


43 Studios, LLC
PO Box 2519
Ketchum, ID 83340


500 Fifth Avenue, Inc.
c/o JGS Advisors, LLC
Attn: Mr. Joel G. Shapiro
500 Fifth Ave
Suite 1950
New York, NY 10110


Academy Fire Protection I
42 Broadway
Lynbrook, NY 11563


Admiral Indemnity
7233 East Butherus Drive
Scottsdale, AZ 85260-2410


Adobe Inc.
345 Park Avenue
San Jose, CA 95110

Agilence Inc
1020 Briggs Road
Suite 110
Mt Laurel, NJ 08054

Air Masters Systems, Inc.
5654 Sugar Maple Way
Fontana, CA 92336


AJ Squared Security Inc
P.O. Box 481
Merrick, NY 11566-0481


Alameda County
1221 Oak Street
Room 131
Oakland, CA 94612


Allegiant Group LLC
11 Foxhill Lane
A Services Inc
Minneapolis, MN 55485

Amazon
410 Terry Avenue North
Seattle, WA 98109


American Express
P.O. Box 360001
Fort Lauderdale, FL 33336-0001


Ameripark LLC
1275 Broadway Plaza
Walnut Creek, CA 94596


Amperity, Inc
41 W 25st
3rd Flr
New York, NY 10010

APPLE
90-15 Queens Boulevard
Elmhurst, NY 11373


Appriss Retail
9901 Linn Station Rd
Suite 500
Cincinnati, OH 45263-9640


Aptos Canada Inc
15 Governer Drive
Chicago, IL 60666-0512


Arch Insurance Company
PO Box 12909
Philadelphia, PA 19176-0909


Arizona Dept of Revenue
Transaction Privilege & Use Tax
P.O. Box 29010
Phoenix, AZ 85038-9010


AT&T
515 N. Julia Street
Suite # 213
Jacksonville, FL 32202


Atlantic PC Inc
55 Northern Blvd
Suite 001
Great Neck, NY 11021


Attentive Mobile Inc
156 5th Ave Ste 303
New York, NY 10010

Axis Global System LLC
343 Murray Hill Parkway
East Rutherford, NJ 07073

Axper
127 Boul Richelieu
Richelieu, Quebec J3L 3R

B Robinson LLC
330 Murray Hill Pkwy
East Rutherford, NJ 07073

Bank of America, N.A.
PO Box 15284
Wilmington, DE 19850

Bank of Hawaii
IWILEI Branch
909 Dillingham Blvd
Honolulu, HI 96187

Barton Perreira

# REDACTED

Bexar County Tax Collector
PO Box 839950
San Antonio, TX 78207

Bieri & Ames
660 Woodward Avenue
Suite 1500
Detroit, MI 48226

Bluebonnet Electric
101 Security Parkway
New Albany, IN 47150


BMW Realty Advisors
Jones Lang LaSalle Americas, Inc
Attn: President and CEO, Retail
3344 Peachtree Rd.
Suite 1200
Atlanta, GA 30326


Boss Facility Services
1 Roebling Court
Ronkonkoma, NY 11779


Brads Deals LLC
6115 Estate Smith Bay
Ste 315/Box 7
St Thomas, VI 00802


Brink's Incorporated
PO Box 101031
Atlanta, GA 30392-1031


Brookfield Properties
Baybrook Mall, LLC
350 N. Orleans St.
Suite 300
Chicago, IL 60654


Brookfield Properties
Glendale Galleria
Attn: General Manager
100 W. Broadway
Suite 100
Glendale, CA 91210

Brookfield Properties
Mall of Louisiana
Law/Lease Admin Dept
c/o Mall of Louisiana
110 N. Wacker Dr.
Chicago, IL 60606


Brookfield Properties
Staten Island Mall Phase I
Attn: General Manager
2655 Richmond Ave
Staten Island, NY 10314


Broward County, FL
115 S. Andrews Ave #A100
Fort Lauderdale, FL 33301-895


California Dept of Tax and Fee Admin
PO Box 942879
Sacramento, CA 94279-7072


Cardmember Service
PO Box 1423
Charlotte, NC 28201-1423


Castlewood Partners LLC
16 Middle Neck Road
Suite # 130
Great Neck, NY 11021


Catalyst Tags Inc
4620 Grandover Parkway
Greensboro, NC 27407

Central Hudson Gas & Electric Corp
101 Security Parkway
Chicago, IL 60677-2007


Centurylink
1801 California St
25th Floor
Phoenix, AZ 85072-2124


Chelsea Sanitation Service
P.O. Box 451
Kearny, NJ 07032


Cigna Healthcare
Chlic
PO Box 64454
Pittsburgh, PA 15264


Circuit of The Americas L
9201 Circuit of The Americas Blvd
Del Valle, TX 78617


City of Arcadia
Attn: Business License office
240 West Huntington Dr
Arcadio, CA 91066


City of Auburn Hills, MI
1827 N. Squirrel Road
Auburn Hills, MI 48326

City of Aventura
19200 W Country Club Drive
Aventura, FL 33180

City of Boca Raton
201 West Palmetto Rd
Boca Raton, FL 33432

City of Carlsbad
1635 Faraday Ave
Carlsbad, CA 92008

City of Corte Madera
Dept of Finance
300 Tamalpais Dr., P.O. Box 159
Corte Madera, CA 94976-0159

City of Fort Lauderdaule
Dept of Finance
100 N Andrews Ave
1st Fl
Fort Lauderdale, FL 33301

City of Gilroy
Business License Dept
7351 Rosanna St
Gilroy, CA 95020-6197

City of Glendale Business Registration Center
8839 N Cedar Ave #212
Frasno, CA 93720

City of Holyoke, MA
536 Dwight Street
Room 13
Holyoke, MA 1040


City of Livermore
1052 S Livermore Ave
Livermore, CA 94550


City of Los Angeles
Dept of Finance
Unit 200 North Spring Street
Room 101
Los Angeles, CA 90012


City of Miami Beach
PO Box 116649
Atlanta, GA 30368-6649


City of Natick, MA
13 E. Central St.
Natick, MA 01760


City of New Orleans
Dept of Finance
Bureau of Revenue - Sales Tax
1300 Perdido St
Suite 1W15
New Orleans, LA 70112


City of Novi, MI
45175 W. Ten Mile Rd
Novi, MI 48375

City of Orlando
Permitting Services Division
400 South Orange Ave
1st Fl
Orlando, FL 32801


City of Palo Alto
PO Box 7026
San Francisco, CA 94120


City of Pembroke Pines
Local Business Tax Division
601 City Center Way
Pembroke Pine, FL 33025


City of San Diego
9325 Hazard Way
Ste. 100
San Diego, CA 92123


City of San Luis Obispo
Business License and Tax Renewal
990 Palm Street
San Luis Obispo, CA 93401


City of Santa Barbara
735 Anacapa Street
Santa Barbara, CA 93101-2203


City of Santa Monica
Dept of Finance
1685 Main Street
Mail Stop 09
Santa Monica, CA 90401

City of Sunrise
1601 NW 136th Ave
Building A
Sunrise, FL 33323


City of Sweetwater
Business Tax Dept
500 SW 109th Ave
Sweetwater, FL 33174


City of Walnut Creek
Business License Counter
1666 N Main St
Walnut Creek, CA 94596


CJ Affiliate
768 North Ave
New Rochelle, NY 10801


Clark County Assessor
500 S Grand Central Pkwy
Las Vegas, NV 89155


Clark County Business License
500 S Grand Central Pkwy
3rd Fl
Las Vegas, NV 89155


Clear Creek Isd Tax Office
2425 E Main St
League City, TX 77573

Columbus Centre Retail
Levitt & Boccio, LLP
Attn: David A. Rubenstein, Esq.
60 Columbus Circle
20th Floor
New York, NY 10023


Comcast
PO Box 70219
Philadelphia, PA 19176-0219


Comed
PO Box 6111
Carol Stream, IL 60197-6111


Commission Junction
530 East Montecito Street
Suite 106
Santa Barbara, CA 93103


Commonwealth Packaging Co
5490 Linglestown Rd
Harrisburg, PA 17112


Con Edison
Jaf Station
PO Box 1702
New York, NY 10116-1702


Concur Technologies, Inc
62157 Collections Center Drive
Chicago, IL 60693

Conductor Inc
2 Park Ave 15th Floor
New York, NY 10016


Connecticut Dept of Revenue
PO Box 5030
Hartford, CT 06102-5030


Controltek
200 Crossing Blvd
Ste 200
Bridgewater, NJ 08807


Cornell Storefront System
140 Maffet Street
Suite 200
Wilkes-Barre, PA 18705


Corette LLC
c/o Law Offices of Philip A Kantor
1781 Village Center Circle Suite
Las Vegas, NV 89134


Costa Del Mar Sunglasses
P.O. Box 863628
Orlando, FL 32886-3628


Cox
315 W 39th St
New York, NY 10018


Cushman & Wakefield US Inc
Cushman & Wakefield Solution LL (KS)
PO Box 589
Colwich, KS 67030


13

Cybersource Corporation
PO Box 742842
Los Angeles, CA 90074-2842


Delta Dental of New York
P.O. Box 62577
Baltimore, MD 21264


Denison Parking
125 Westchester Ave.
#900
White Plains, NY 10601


Dept of Agriculture/Weights and Measures
2380 Bisso Lane
Suite A
Concord, CA 94520


Derigo Rem
10941 La Tuna Canyon Road
San Valley, CA 91352-2012


Dita Inc
1 Columbia
Aliso Viejo, CA 92656


Duke Energy
PO Box 1004
Charlotte, NC 28201-1004


Duval County, FL
231 E. Forsyth St
Suite 130
Jackson, FL 32202-3370

E.J. Harrison & Sons Inc
P.O. Box 4009
Ventura, CA 93007-4009


Eastern States Eyewear
33 Hempstead Turnpike
Elmont, NY 11033


Empower Retirement
PO Box 17376
Denver, CO 80217-3764


Entergy
P.O Box 61009
New Orleans, LA 70161-1009


Entertainment Benefits Group, LLC
19495 Biscayne Blvd
Ste 300
Miami, FL 33180


Extra Space Management In
27 Bond Street
Central Valley, NY 10917


Eye Candy Creations USA
1201 Peachtree St NE
Floor 2 Suite 247
Atlanta, GA 30361

Fairfax County, VA
Finance Dept./Business Tax Division
601 Carmen Drive
Camarillo, CA 93010

Fairfax County, VA
12000, Government Center Parkway
Fairfax, VA 22035

Fairway LLC
c/o Law Offices of Philip A Kantor
1781 Village Center Circle Suite
Las Vegas, NV 89134

FAIRWAY LLC
40 Bayview Ave
Inwood, NY 11096

Fandl LLC
170 E. Ridgewood Ave
Ridgewood, NJ 07450

Fedex
P.O Box 371461
Pittsburgh, PA 15250-7461

Fidelity Investments
PO Box 73307
Chicago, IL 60673

Fire King Commercial Services, LLC
PO Box 779108
Chicago, IL 60677

Fitting Box
209 rue de l'Innovation
31670 Labège
France


Florida Dept of Revenue
Tech Assistance & Dispute Resolution
P.O. Box 7443
Tallahassee, FL 32314-7443


Florida Power and Light
General Mail Facility
Miami, FL 33188-0001


Frontier Telephone
401 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401


Fulton County Tax Commissioner
141 Pryor St SW
Atlanta, GA 30303


Gaffos Inc
40 Bayview Ave
Inwood, NY 11096


Gallaway Safety & Supply
205 Carlton Drive
PO Box 128
Eighty Four, PA 15330

Gen3 Marketing LLC
960B Harvest Drive
Suite 210
Blue Belle, PA 19422


Georgia Dept of Revenue
State of Georgia, Dept of Revenue
P.O. Box 105408
Atlanta, GA 30348-5408


Georgia Power
1218 W Winton Ave
Hayward, CA 94545


Globex
PO Box 5534
Englewood, NJ 07631


Go Mini's
P.O. Box 2362
Eaton Park, FL 33840


Good Design Studios
341 Three Mile Hill Rd
Middlebury, CT 06762


Granite Telecommunications
100 Newport Avenue Extension
Quincy, MA 02171


GSI Corp
40 Bayview Ave
Inwood, NY 11096

GTT
PO Box 842630
Dallas, TX 75284-2630


Gulf Power
P.O. Box 29090
Miami, FL 33102-9090


Harris County Mud 358
P.O Box 684000
Houston, TX 77268-4000


Harris County, TX
P.O. Box 4622
Houston, TX 77210-4622


Hawaii Dept of Revenue
Hawaii Dept of Taxation
P.O. Box 1425
Honolulu, HI 96806-1425


Hawaiian Electric Light Company
P.O. Box 29570
Honolulu, HI 96820-1970


Hawaiian Telcom
P.O. Box 30770
Honolulu, HI 96820-0770

Hays County, TX
712 Stagecoach Trail
Suite 1120
San Marcos, TX 78666-6073


Heartland
361 Newbury St
5th Fl
Boston, MA 02115


Herrick Feinstein LLP
Two Park Avenue
New York, NY 10016


Hidalgo County, TX
P.O. Box 178
Edinburg, TX 78540


Hillsborough County, FL
P.O. Box 30012
Tampa, FL 33630-3012


Hilsinger Company dba Hil
PO Box 644498
Pittsburgh, PA 15264-4498


HIPAA VAULT
950 Boardwalk
San Marcos, CA 92078


HR Direct
PO Box 669390
Pompano Beach, FL 33066

HUB International Northeast Ltd
100 Sunnyside Blvd
Woodbury, NY 11797

Hyperspace
87 N Raymond Ave.
Ste 905A
Pasadena, CA 91103

IEM Inc
PO Box 93538
Las Vegas, NV 89193

Illinois Dept of Revenue
Retailers' Occupation Tax
101 W Jefferson St
Springfield, IL 62796-0001

Institutional Mall Investors
Boulevard Invest LLC
c/o Miracle Mile Shops
3663 Las Vegas Blvd
South Suite 900
Las Vegas, NV 89115

Interstate Waste Services
PO Box 554744
Detroit, MI 48255-4744

Ira Kevelson
# REDACTED

Internal Revenue Service
Bankruptcy Department
290 Broadway
New York, NY 10007


IRS Isolvency Section
Internal Revenue Service
2970 Market Street
Philadelphia, PA 19104-5016


IRS Insolvency Section
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


JDDACPA LLC
5114 Stonetwood Cir
Mableton, GA 30126


Jefferson Parish
P.O. Box 248
Grenta, LA 70054


Jefferson Parish Sheriff's office
Bureau of Revenue and Taxation
Sales Tax Division
P.O. Box 248
Grenta, LA 70054


Jeffrey R Pollack

# REDACTED


Jersey Central Power & Light
30895 West 8 Mile
Livonia, MI 48152

JLL
Keystone-Florida Property Holding Group
Attn: Legal Dept
234 Mall Boulevard
P.O. Box 1528
King Of Prussia, PA 19406

JLL
Maui Outlets Associates, LLC
c/o Maui Lahaina Partners, LLC
3660 Waialae Avenue
Suite 304
Honolulu, HI 96816

JP Morgan Chase
National Bank By Mail
PO Box 6185
Westerville, OH 43086

Kaelex Inc dba Ready Set Retail
33 College Ave
Ste A
Rexburg, ID 83440

Kaihatsu Media LLC
56 Berkshire Way
East Brunswick, NJ 08816

Kawanda Williams
REDACTED

KCP Advisory Group LLC
700 Technology Park Drive
Suite 212
Billerica, MA 01821

Kering Eyewear USA Inc
200 Somerset Corp Blvd
Suite 4002
Bridgewater, NJ 08807


Keter Environmental Serv.
4 High Ridge Park
Stamford, CT 06905


Klaviyo, Inc
225 Franklin Street
10th Floor
Boston, MA 02110


Kleinschmidt Inc
PO Box 7158
Deerfield, IL 60015-7158


Krewe Du Optic LLC
1020 Thalia Street
New Orleans, LA 70130


LA Dept of Agriculture and Forestry
LA Dept of Agriculture & Forestry
Division of Weights and Measures
5825 Florida Blvd
Ste 500
Baton Rouge, LA 70806


L'Amy America
40 Richards Avenue
6 Fl
Norwalk, CT 06864

Las Vegas City Hall
495 S Main St
Las Vegas, NV 89101

Lexington County, SC
212 South Lake Dr
Suite 103
Lexington, SC 29072-3499

Life Insurance Company of
900 Cottage Grove Road
Philadelphia, PA 19178

Lighthouse Services Inc
1710 Walton Road
Suite 204
Blue Bell, PA 19422

Linkedin Corporation
62228 Collections Center Drive
Chicago, IL 60693

Littler Mendelson PC
PO Box 207137
Dallas, TX 75320-7137

Look 'N See
127 B Spruce Street
Cedarhurst, NY 11516

Loomis Armoured US Inc
Dept. Ch 10500
Palatine, IL 60055


Los Angeles County
200 N. Spring Street
Los Angeles, CA 90012


Louisiana Dept of Revenue
P.O. Box 3138
Baton Rouge, LA 70821-3138


Luxottica of America Inc
4000 Luxottica Place
West Hollywood, CA 90069


LYFT
6201 15th Ave
Brooklyn, NY 11219


Macerich
P.O. Box 2172
401 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401


Macerich
Fashion Outlets of Niagara Falles
P.O. Box 2188
Santa Monica, CA

Madaluxe
1760 Apollo Court
Seal Beach, CA 90740


Madison County, MS
146. W Center St
Canton, MS 39046


Managed Business Communications
430 Sand Shore Road
Suite 10
Hackettstown, NJ 07840


Marcolin USA Eyewear Corp
PO Box 5162
Carol Stream, IL 60197-5162


Maria Del Carmen Izquierdo

# REDACTED


Marin County
Dept of Weights and Measures
1682 Novato Blvd.
Suite 150-A
Novato, CA 94947-7021


Maryland Dept of Revenue
110 Carroll Street
Annapolis, MD 21411


Massachusetts Dept of Revenue
PO Box 7009
Boston, MA 2204

Maui Jim
P.O. Box 203861
Dallas, TX 75320-3861


MBG Consulting Inc
980 N Michigan Ave
Suite 1000
Chicago, IL 60611


Mecklenburg County, NC
P.O. Box 31457
Charlotte, NC 28231-1457


Menehune Water Company
99-1205 Halawa Valley Street
Aiea Haw, II 96701-3281


Metropolitan Telecommunications
44 Wall Street
14th Floor
Manchester, NH 03108-9660


Miami-Dade County, FL
200 NW 2nd Avenue
Miami, FL 33128-1733


Michael Page International
392604 500 Ross Street 154-0460
Pittsburg, PA 15251

Michael S Gross

# REDACTED

Michigan Dept of Revenue
P.O. Box 30324
Lansing, MI 48909-7824

Microsoft Online Inc
6100 Neil Road
Ste 100
Reno, NV 89511

Minnesota Dept of Revenue
P.O. Box 64622
St. Paul, MN 55164-0622

Mississippi Dept of Revenue
P. O. Box 1033
Jackson, MS 39215

Missouri Dept of Revenue
Taxation Division
P.O. Box 840
Jefferson City, MO 65105-0840

Montgomery County Tax office
400 N San Jacinto St
Conroe, TX 77301

Mood Media
PO Box 602277
Charlotte, NC 28260-2777

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103


Multi Service Technology
United Uatp Programpo Box 733229
Dallas, TX 75373-3229


Multimedia Plus Inc
853 Broadway
Suite 1605
New York, NY 10003


Myers Holum Inc
244 Madison Avenue
Suite 217
New York, NY 10016


National Grid
P.O. Box 316
Prairie Du Chien, WI 53821


National Vision Admin.
120 Rt 46 West
Clifton, NJ 07013


Native Pest Management
2731 Vista Parkway Unit D5
West Palm Beach, FL 33411

Navex Global Inc
5500 Meadows Road
Suite 500
Lake Oswego, OR 97035

Nelmar Security Packaging
3100 Des Batissuers Str
Terrebone, Quebec 4 0A2

Netwolves Network Service
4710 Eisenhower Blvd
Ste E8
Philadelphia, PA 19182-6923

Nevada Dept of Revenue
State of Nevada Dept of Taxation
1550 College Parkway
Suite 115
Carson City, NV 89706

Nevada Dept of Taxation
PO Box 7165
San Francisco, CA 94120

New Jersey Dept of Revenue
NJ Division of Taxation
PO Box 245
Trenton, NJ 12205

New Jersey Natural Gas Co
PO Box 11743
Newark, NJ 07101-4743

New York Dept of Revenue
NY State Dept of Taxation & Finance
PO Box 5300
Albany, NY 12205


New York Dept of Revenue
One Centre Street
22nd Floor
New York, NY 10007


Niche Optics
110 Chestnut Ridge Rd.
STE 340
Montvale, NJ 07645


North Carolina Dept of Revenue
North Carolina Dept of Revenue
PO Box 25000
Raleigh, NC 27640


Nrai Services, LLC
160 Greentree Drive
Suite 101
Dover, DE 19904


NV Energy
PO Box 30150
Reno, NV 89520-3150


NYC Department of Finance
P.O. Box 3931
New York, NY 10008-3931

Oakley Inc.
Attn: Dora Carey File 557162
Los Angeles, CA 90074-7162


O'Connor Capital Partners
c/o O'Connor Property Management
230 Royal Palm Way
Ste. 102
Palm Beach, FL 33480


Oliver Peoples Group
8570 W. Sunset Blvd
Suite # 200
West Hollywood, CA 90069


Opti Pak Inc
37 Empire Street
Newark, NJ 07114


Oracle America Inc.
500 Oracle Parkway
Redwood City, CA 94065


Orange & Rockland Utility
PO Box 1005
Valley, NY 10977


Orange County, FL
P.O. Box 545100
Orlando, FL 32854-5100

Orange Tree Employment Screening
105-101412
PO Box 9202
Minneapolis, MN 55480-9202

Orlando Utilities Commission
PO Box 31329
Tampa, FL 33631-3329

Outlook Eyewear Company
Dept #1419
Denver, CO 80291-1419

Pacific Gas and Electric
Box 997300
Sacramento, CA 95899-7300

Palm Beach County Tax Collector
Attn: Business Tax Dept
PO Box 3715
West Palm Beach, FL 33402

Parish of East Baton Rouge Dept of Finance
City of Baton Rouge
Parish of East Baton Rouge
Dept. of Finance - Revenue Division,
P.O. Box 2590
Baton Rouge, LA 70821-2590

Paylocity
Dept #2007
PO Box 87844
Carol Stream, IL 60188

Paypal
2211 North First Street
San Jose, CA 95131


Payscale Inc
1000 1st Ave South
Chicago, IL 60675-1343


PCNMICRO Corp
1345 Queen Anne Road
Teaneck, NJ 07666


Pennsylvania Dept of Revenue
PO Box 280905
Harrisburg, PA 17128


Pest Elimination Systems
PO Box 1092
New York, NY 10013


PG&E
P.O. Box 997300
Sacramento, CA 95899-7300


Port Authority of NY & NJ
PO Box 95000
Philadelphia, PA 19195-1517


Premiere Global Services
PO Box 404351
Atlanta, GA 30384

Premium Outlets | Simon
Director- Lease Admin and Gen Counsel
c/o Premium Outlets/Simon Property Grp.
105 Eisenhower Parkway
Roseland, NJ 07068

Premium Outlets | Simon
Paragon Outlets Livermore Valley LLC
c/o The Lightstone Group
1985 Cedar Bridge Avenue
Suite 1
Lakewood, NJ 8701

Premium Parking
601 Poydras Street
Suite 1500
New Orleans, LA 70130

Premium Parking Service L
601 Poydras Street
Suite 1500
New Orleans, LA 70130

Premium Steel LLC
23555 Euclid Avenue
Cleveland, OH 44117

Prive Goods LLC
2627 NE 203
Unit 201
Aventura, FL 33180

Provisioned Services Inc
9915 W 21st North
Suite C
Wichita, KS 67205

Psegli
P.O. Box 9039
Hicksville, NY 11802-9686


Public Pallet Storage Inc
100 Inip Dr
Inwood, NY 11096


Public Storage
10821 NW 14th Street
Charlotte, NC 28209-2840


Public Storage 08526
250 SW 136th Ave
Davie, FL 33325


QMI Holding Inc
PO Box 775430
Chicago, IL 60677-5430


Quay Eyeware Inc
821 Howard St
San Francisco, CA 94103


Rakuten Card Linked offic
800 Concar Drive
San Mateo, CA 94402


Ramapost
382 Route 59
Suite 264
Airmont, NY 10952

Regency Enterprises Inc
PO Box 102193
Pasadena, CA 91189-2193


Reliant Energy
P.O. Box 650475
Dallas, TX 75265-0475


Retail Consulting Service
470 Seventh Avenue
New York, NY 10018


Rich Taubman Associates
Dept 56801
PO Box 67000
Detroit, CT 06901


Ridge Ventures
21 Ridge Dr W
Great Neck, NY 11021


Ridgeland City Hall
304 Highway 51
Ridgeland, MS 39157


Riverside County
Dept of Weights and Measures
P.O. Box 1089
Riverside, CA 92502-1069

Robert Half International
12400 Collections Center Drive
Chicago, IL 60693


Roderick V. Hannah, Esq., P.A.
Trust Account
4800 North Hiatus Road
Fort Lauderdale, FL 33351


Running and Cycling Enterprises (Race)
1015 Calle Amanecer
San Clemente, CA 92673


S. Adelsberg & Co.
280 Northeren Boulevard
Great Neck, NY 11021


Safilo USA Inc
300 Lighting Way
Secaucus, NJ 7094


Samantha Machover
# REDACTED


San Diego County
Dept of Weights and Measures
9325 Hazard Way
Ste. 100
San Diego, CA 92123

San Diego Gas & Electric
PO Box 25111
Santa Ana, CA 92799-5111

San Luis Obispo County
Treasurer/Tax Collector
1055 Monterey St.
Rm D-290
San Luis Obispo, CA 93408

Santa Clara County
Dept of Weights and Measures
1553 Berger Drive
Bldg. 1
San Jose, CA 95112

Santa Monica Central Business District
Dept of Finance
1685 Main Street
Mail Stop 09
Santa Monica, CA 90401

Sarasota County Tax Collector
101 S Washington Blvd
Sarasota, FL 34236

Sarasota Local Business Tax
1565 1st St
Sarasota, FL 34236

Scarsdale Security Systems Inc
P.O. Box 821320
Philadelphia, PA 19182-1320

Schlam Stone and Dolan LLP
26 Broadway
New York, NY 10004

Schnaer Harrison Segal and Lewis
140 Broadway, Suite 3100
New York, NY 10005-1101

Second Avenue Capital Partners LLC
4300 East 5th Ave
Columbus, OH 43219

Sentech Eas Corporation
4900 Lyons Technology Parkway
Unit 7
Coconut Creek, FL 33073

Servicechannel.com Inc
PO Box 392642
Pittsburgh, PA 15251-9642

Shaidim Group
600 Reisterstown Road, Suite 514
Baltimore, MD 21208

Shared Insight
1501 N. Sepulveda Blvd
Suite E &F
Las Vegas, NV 89103

Shi International Corp
PO Box 952121
Dallas, TX 75395-2121

Shipstation
3800 N Lamar Blvd Ste 220
Austin, TX 78756

Short Circuit Electronics Inc
4201 Ne Port Drive
Lees Summit, MO 64064

Simon Property Group, Inc.
Attn: General Counsel
c/o Simon Property Group
225 West Washington St
Indianapolis, IN 46204

Simon Property Group, Inc.
King of Prussia Associates
Legal Dept
c/o Kravco Simon Company
234 Mall Boulevard
King Of Prussia, PA 19406

Sklar Williams PLLC
410 South Rampart Blvd
Suite 350
Las Vegas, NV 89145

SMI Properties
Att: Jennifer Turley
5239 Z Max Blvd
Harrisburg, NC 28075

Smith Sport Optics Inc
PO Box 35144 #43079
Seattle, WA 98124-5144

Smolin Lupin & Co., P.A.
165 Passaic Avenue
Ste 411
Fairfield, NJ 07004


Socalgas
PO Box C
Monterey Park, CA 91756-5111


Solano County Treasurer
675 Texas Street
Suite 1900
Fairfield, CA 94533


Solomon Page Group LLC
260 Madison Ave
3rd Floor
Chicago, IL 60675-5314


Solstice Marketing Concepts LLC
c/o KCP Advisory Group LLC
700 Technology Park Drive
Suite 212
Billerica, MA 01821


Solutions Management Inc
P.O. Box 1027
Remsenburg, NY 11960


Soni Resources Group LLC
315 W 36th St
New York, NY 10018


43

SOS Security LLC
PO Box 21577
New York, NY 10087-1577


South Beach Tri Star Capital
PPF MBL Portfolio, LLC
c/o Terranova Corporation
801 Arthur Godfrey Road
Suite 600
Miami Beach, FL 33140


South Carolina Dept of Revenue
300A Outlet Pointe Boulevard
Columbia, SC 29210


South Walton Utility Comp
369 Miramar Beach Drive
Miramar Beach, FL 32550


Southern California Edison Company
P.O. Box 300
Rosemead, CA 91771-0001


Southpoint Mall LLC
PO Box 86
Minneapolis, MN 55486-2886


Southwest Gas Corporation
P.O. Box 24531
Oakland, CA 94623-1531


SP Plus
PO Box 74007568
Chicago, IL 60674


44

Specialty Lighting Group
74 Pickering St
Portland, CT 06480


Spectrotel Holding Company
PO Box 1949
Newark, NJ 07101-1949


Spectrum
12405 Powerscourt Dr
Pasadina, CA 91109-7186

State of New York Attorney General
Bankruptcy Dept.
The Capitol
Albany, NY 12224-0341

Storagemart
250 Flanagan Way
Secaucus, NJ 07094


Store 712
JAMESTOWN Prem. SLO Downtown Centre LP
c/o Jamestown Ponce City Market
675 Ponce De Leon Ave. N.E.
7th Floor
Atlanta, GA 30308


Stored Value Solutions In
3802 Reliable Parkway
Chicago, IL 60686-0038


Suresh Mahtani
# REDACTED

Tampa Westshore Associate
Dept 177001
PO Box 67000
Detroit, MI 48267-1770


Tekscape Inc
131 West 35th St
5th Floor
New York, NY 10001


Texas Dept of Revenue
Texas Comptroller of Public Accounts
111 East 17th St
Austin, TX 78774


The Car Park of New York
702 W Idaho St
Ste 650
Boise, ID 83701


The Feil Organization
Greater Lakeside Corp.
Suite 618
370 Seventh Avenue
New York, NY 10001


The Hartford
PO Box 660916
Dallas, TX 75266

The Mattiace Company
Renaissance at the Colony Park, LLC
Attn: Andrew Mattiace
P.O. Box 13809
Jackson, MS 39236


The Pyramid Companies
Pyramid Management Group, LLC
General Counsel The Clinton Exchange
4 Clinton Square
Syracuse, NY 13202


The Taubman Company
P.O. Box 67000
Detroit, MI 48267


The Taubman Company
Taubman Benderson UTC LLC
P.O. Box 674647
Detroit, MI 48267


The Woodlands Water Agency
2455 Lake Robbins Dr
The Woodlands, TX 77380


Thelios USA Inc
201 Route 17 North
Suite 805
Rutherford, NJ 07070


This and That Consulting LLC
103 Rutledge Court
Newark, DE 19702

Time Warner Cable
133-19 Atlantic Ave
Queens, NY 11418


Town of Niagara
7105 Lockport Road
Niagara Falls, NY 14305


Township of Upper Merion
175 W. Valley Forge Rd
King of Prussia, PA 19406


Tradeglobal LLC
5389 E. Provident Drive
Cincinnati, OH 45246


Travelex Currency Service
355 Lexington Ave
Fl 3
New York, NY 10017


Travis County, TX
P.O. Box 1748
Austin, TX 78767


Triangle Sign and Service
11 Azar Court PO Box 24186
Baltimore, MD 21227


Truesource LLC
2929 Expressway Drive North
Suite 300B
Islandia, NY 11749

Turnberry Associates
Aventura Mall Venture
c/o Turnberry Aventura Mall Co., Ltd.
19501 Biscayne Blvd.
Suite 400
Aventura, FL 33180


Unibail Rodamco Westfield
PO Box 50429
Los Angeles, CA 90074


UPS Supply Chain Solution
28013 Network Place
Carol Stream, IL 60132-0577


United States Attorney
for the Southern District of New York
86 Chambers Street, 3rd Fl.
New York, NY 10007


United States Trustee
for the Southern District of New York
Attn: Bankruptcy Division
201 Varick Street, Suite 1006
New York, NY 10014


US Bank
800 Nicollet Mall
Minneapolis, MN 55402


U.S. Securities & Exchange Commission
Attn:  Office of Reorganization
200 Vesey Street, Suite 400
New York, NY 10281

U.S. Securities & Exchange Commission
Attn: Office of Reorganization
950 E Paces Ferry Rd. NE
Suite 900
Atlanta, GA 30326-1382


U. S. Securities & Exchange Commission
100 F Street, NE
Washington, DC 20549


Valley Fair
11601 Wilshire Blvd.
12th Floor
Los Angeles, CA 90025


Ventura County Tax Collector
800 S Victoria Ave
Ventura, CA 93009


Verint Americas Inc
800 Northpoint Parkway
Dallas, TX 75357-3597


Verizon
P.O. Box 16800
Newark, NJ 07101-6800


Village of Rosemont
Health & License Dept
9501 West Devon Ave
2nd Fl
Rosemont, IL 60018

Virginia Dept of Revenue
VA Tax office of Customer Services
PO Box 1115
Richmond, VA 23218


Visible SCM Fulfillment
5160 Wiley Post Way
Salt Lake City, UT 84116


Visual Marketing Partners
230 Park Avenue
Suite 1601
New York, NY 10169


Vology Inc
15950 Bay Vista Drive
Clearwater, FL 33760


Waller Realty Inc.
Coppersmith & Coopersmith
233 Broadway
18th Floor
New York, NY 10279


Walton County, FL
P.O. Box 510
Defuniak Springs, FL 32435


Washington Dept of Revenue
PO Box 47478
Olympia, WA 98504

Waste Connections of New
P.O. Box 660654
Dallas, TX 75266-0654


Weeks Lerman Group LLC
58-38 Page Placep.O. Box O
Maspeth, NY 11378


Wells Fargo Bank, N.A.
PO Box 63020
San Francisco, CA 64163


West Coast Employment Lawyers, APLC
350 S. Grand Avenue
Suite 3325
Los Angeles, CA 90071


Western Surety / CNA Surety
CNA Surety
PO Box 957289
St Louis, MO 63195-7289


Westfield Emporium LLC
PO Box 743331
Los Angeles, CA 90025


Westfield LLC
Westfield Concession Management, LLC
Airport Division Management office
2730 University Boulebard
Suite LL6
Wheaton, MD 20902

Westfield LLC
Santa Anita Shoppingtown LP
Attn: Legal Dept
2049 Century Park East
41st Floor
Los Angeles, CA 90067


Westfield LLC
Westfield World Trade Center
37th Floor, Suite C
7 World Trace Center
250 Greenwich Street
New York, NY 10007


Window Film Depot
PO Box 744908
Atlanta, GA 30374


WM Corporate Services Inc
PO Box 4648
Carol Stream, IL 60197-4648


Yelp Inc
140 New Montgomery Street
San Francisco, CA 94105


Yext Inc
1 Madison Ave
5th Flr
New York, NY 10010


YOTPO.com
400 Lafayette St
New York, NY 10003

Yurong Zhang
185 Greenwich Street
Suite LL5140
New York, NY 10007

Yuval Shani

# REDACTED

ZENDESK, INC.
1019 Market St
San Francisco, CA 94103

Craig A. Wolfe
Jason R. Alderson
T. Charlie Liu
David K. Shim
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6000
Facsimile:  (212) 309-6001
craig.wolfe@morganlewis.com
jason.alderson@morganlewis.com
charlie.liu@morganlewis.com
david.shim@morganlewis.com

*Proposed Counsel for Debtor and Debtor-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>SOLSTICE MARKETING CONCEPTS LLC,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-_____(___) |

<u>**VERIFICATION OF CREDITOR MATRIX**</u>

I, the Chief Restructuring Officer of Solstice Marketing Concepts LLC as debtor and debtor

in possession in the above-referenced chapter 11 case, hereby verify that the attached list of

creditors is true and correct to the best of my knowledge.

Dated: February 17, 2021
    New York, NY

                        /s/       Jacen A. Dinoff
                        Jacen A. Dinoff
                        *Chief Restructuring Officer*
                        Solstice Marketing Concepts LLC

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: Solstice Marketing Concepts LLC (4579).